IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01855-BNB

JOE M. TONEY, JR.,

     Applicant,

v.

DAVID A. BERKEBILE, Warden,

     Respondent.

---

ORDER VACATING ORDER DENYING
LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant, Joe M. Toney, Jr., is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado.  Pursuant to the order of July 12, 2013, directing him to cure certain designated deficiencies, Mr. Toney submitted to the Court on August 7, 2013, a certificate of the warden showing the current balance in his inmate trust fund account.

On August 15, 2013, the Court determined Mr. Toney did not qualify for *in forma pauperis* status, and entered an order directing him to pay the $5.00 filing fee.  That determination was based on the account balance of $120.98 shown in the certified account statement submitted on August 7.  On August 22, 2013, Mr. Toney filed a letter with an attached certificate of the warden pointing out that, despite an account balance of $120.98, his available balance is $0.00.  Therefore, the Court will vacate the August 15 order and grant Mr. Toney leave to proceed in forma pauperis pursuant to § 1915 in this action.

Accordingly, it is

ORDERED that the order (ECF No. 6) of August 15, 2013, denying the Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3)

and requiring Applicant, Joe M. Toney, Jr., to pay the $5.00 filing fee within thirty days,

is vacated.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is granted.

DATED at Denver, Colorado, this  28th  day of   August  , 2013.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court